Order issued December *17* , 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00674-CV

**SOHEILA AREFKIA, Appellant**

V.

**RAD LAW FIRM, P.C., Appellee**

## ORDER NUNC PRO TUNC

Before the Court is appellant's December 11, 2012 motion for an extension of time. In her motion, appellant informs the Court that her brief has been filed. Appellant filed a brief on November 8, 2012. On November 13, 2012, the Court notified appellant that her brief was defective and instructed appellant to file an amended brief that complies with rule of appellate procedure 38.1. *See* TEX. R. APP. P. 38.1. Thus, we treat appellant's motion as one asking for an extension of time to file an amended brief. We **GRANT** appellant's motion. Appellant shall file her amended brief on or before **January 11, 2013**. *We caution appellant that failure to file an amended brief on or before January 11, 2013 will result in dismissal of the appeal without further notice. See* TEX. R. APP. P. 38.8(a)(1).

DOUGLAS S. LANG
JUSTICE